UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILLY LEWIS ET AL                              CIVIL ACTION

VERSUS                                         NO: 08-4386

HANOVER INSURANCE COMPANY ET AL                SECTION: "J"(1)

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Wal-Mart Stores, Inc.'s ("Wal-Mart") **Motion for Partial Summary Judgment (Rec. Doc. 37)**, set for hearing on June 10, 2009, was submitted timely. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Wal-Mart's **Motion for Partial Summary Judgment (Rec. Doc. 37)** is **GRANTED**. Accordingly, it is established for purposes of the above-captioned matter that Wal-Mart is an additional insured under Defendant Reddy Ice Corporation's commercial general liability insurance policy,

Policy No. LHA9160750-02, issued by Defendant Hanover Insurance Company.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. <u>See</u> Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 10th day of June, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE